DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

24 JANUARY 2013

| 328P12 | Estate of Gail S. Blackburn, by Kimberly Sue Phelps, Administratrix, Employee v. Stabilus, Employer and Fireman's Fund Insurance, Royal & Sunalliance Insurance, and Travelers Insurance Company | 1. Def's' (Stabilus & Travelers Insurance Company) Motion for Temporary Stay (COA11-1589)<br><br>2. Defs' (Stabilus & Travelers Insurance Company) Petition for *Writ of Supersedeas*<br><br>3. Defs' (Stabilus & Travelers Insurance Company) PDR Under N.C.G.S. § 7A-31 | 1. Allowed **08/08/12**; Dissolved the Stay **01/24/13**<br><br>2. Denied<br><br><br>3. Denied<br><br>**Beasley, J., Recused** |
|---|---|---|---|
| 333PA11-2 | State v. Robert Lee Earl Joe | 1. State's Motion for Temporary Stay (COA10-1037-2)<br><br>2. State's Petition for *Writ of Supersedeas*<br><br>3. State's PDR Under N.C.G.S. § 7A-31 | 1. Allowed **08/24/12**<br><br>2. Allowed<br><br>3. Allowed |
| 334P12-2 | State v. Billy Ray Bridges | Def's *Pro Se* PWC to Review the Decision of COA (COA11-1196) | Denied |
| 348P12 | State v. Christopher Guy | 1. Def's NOA Based Upon a Constitutional Question (COA12-197)<br><br>2. Def's PDR Under N.C.G.S. § 7A-31<br><br>3. State's Motion to Dismiss Appeal | 1. - - -<br><br><br>2. Denied<br><br>3. Allowed |
| 361P12 | State v. William Wesley Sellar, Jr. | 1. Def's Motion for Temporary Stay (COA11-1315)<br><br>2. Def's Petition for *Writ of Supersedeas*<br><br>3. Def's NOA Based Upon a Constitutional Question<br><br>4. Def's PDR Under N.C.G.S. § 7A-31<br><br>5. State's Motion to Dismiss Appeal | 1. Allowed **08/24/12**; Dissolved the Stay **01/24/13**<br><br>2. Denied<br><br>3. - - -<br><br><br>4. Denied<br><br>5. Allowed |
| 366A10 | State v. Michael Patrick Ryan | Def's Motion for Appropriate Relief Pursuant to N.C.G.S. § 15A-1411 *et seq.* | See Special Order |
| 378P12 | Lynda Springs v. City of Charlotte, Transit Management of Charlotte, Inc., and Dennis Wayne Napier | 1. Defs' (City of Charlotte and Transit Management of Charlotte, Inc.) PDR Under N.C.G.S. § 7A-31 (COA12-107)<br><br>2. Defs' (City of Charlotte and Transit Management of Charlotte, Inc.) Motion to Stay Execution of Bond Number 018 009 143 | 1. Denied<br><br><br><br>2. Allowed **10/02/12**; Dissolved the Stay **01/24/13**<br><br>**Beasley, J., Recused** |